## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00785-SKC

HOWARD COHAN,

                Plaintiff,

v.

NEW VISION HOTEL ONE, LLC,

                Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

---

Plaintiff, through his undersigned counsel, voluntary dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.  Each party is to bear its own costs and attorneys' fees.

                Respectfully Submitted,

                BLACKMORE LAW PLC

                */s/ Gloria Y. Saad*

By:  Gloria Y. Saad
      Blackmore Law PLC
      Attorney for Plaintiff
      21411 Civic Center Drive, Suite 200
      Southfield, MI 48076
      P: (248) 845-8594
      E: gsaad@blackmorelawplc.com
      P83131

1

Dated: June 5, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, I filed and served the foregoing

NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

WITH PREJUDICE on all ECF participants via the court's CM/ECF system.

/s/ Gloria Y. Saad
Gloria Y. Saad