IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge S. Kato Crews

Civil Action No. 1:19-cv-00785-SKC

HOWARD COHAN,

    Plaintiff,

v.

NEW VISION HOTEL ONE, LLC,

    Defendant.

## ORDER CLOSING CASE

This order addresses the Notice of Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(i) with Prejudice [ECF. #15] (the "Notice") filed by Plaintiff Howard Cohan ("Cohan").

Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." A dismissal under Rule 41(a)(1)(A)(i) is without prejudice, unless the notice states otherwise, and does not require a court order. *See* Fed. R. Civ. P. 41(a)(1).

Cohan filed his Notice prior to Defendant New Vision Hotel One, LLC ("New Vision") serving an answer or motion for summary judgment. The Notice states the dismissal is with prejudice. [ECF. #15.] Moreover, the dismissal was effective as of the

1

date of filing, June 5, 2019. *See* Fed. R. Civ. P. 41(a)(1)(A). Accordingly, Miller's claims against New Vision are dismissed with prejudice as of June 5, 2019.

IT IS ORDERED that Each party is responsible for the payment of its own attorney's fees and costs. IT IS FURTHER ORDERED that the Clerk of Court shall close this matter.

DATED: June 5, 2019.

BY THE COURT:

S. Kato Crews
United States Magistrate Judge